Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
roy@gordetlaw.com

**E-filed 8/30/05**

Attorney for Plaintiff Michael J. Del Prete

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael J. Del Prete, an individual, | Case No: C 05-1393 JF |
| Plaintiff, | Stipulated Dismissal of Entire Action and [Proposed] Order Thereon |
| vs. | |
| Marine Environments, a corporation of Maine | |
| Defendant | |

Pursuant to an agreement reached by the parties to this action, the parties hereby jointly stipulate that this entire action shall be dismissed, with prejudice, subject to the approval of the Court.

The parties to this action hereby further jointly stipulate that this Court shall have continuing jurisdiction to enforce the terms of the agreement under which the parties have resolved their dispute, and to hear any future disputes that may arise out of said agreement.

Stipulated Dismissal
Case No. C 05-1393 JF

Each party to bear its own costs as to the action being dismissed.

IT IS SO STIPULATED.

_____     Dated: 8/15/05
Joseph A. Zucchero, President, Marine Environments

_____     Dated: Aug 19, 2005
Roy S. Gordet, Attorney of Record for Michael J. Del Prete

IT IS SO ORDERED.

Jeremy Fogel /s/electronic signature authorized   8/30/05
U. S. District Judge

2

Stipulated Dismissal
Case No. C 05-1393 JF